

**NUMBER 13-09-00297-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE CAREMARKPCS HEALTH, L.P., F/K/A
ADVANCEPCS HEALTH, L.P.**

**On Petition for Writ of Mandamus.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**[1]

Relator, CaremarkPCS Health, L.P., f/k/a AdvancePCS Health, L.P., filed a petition

for writ of mandamus in the above cause on June 12, 2009. The Court requested and

received a response from the real parties in interest. Relator has now filed an unopposed

motion to dismiss the petition for writ of mandamus on grounds that the parties have

settled and compromised their differences.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the unopposed motion to dismiss, is of the opinion that relator has shown itself entitled to the relief sought. Accordingly, the motion to dismiss is GRANTED and the petition for writ of mandamus is hereby DISMISSED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 9th day of July, 2009.